*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KING, STEPHENS, and KASPRZYK
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Alfredo TREVINO**
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

**No. 201900309**

Decided: 29 June 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Ray B. Slabbekorn

Sentence adjudged 8 August 2019 by a special court-martial convened at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 45 days, and a bad-conduct discharge.

For Appellant:
*Commander Robert D. Evans, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court